IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EUGENE HOLLIS,

    Plaintiff,                          1: 09 CV  00463 OWW YNP GSA (PC)

    vs.                                 ORDER RE: FINDINGS & RECOMMENDATIONS (#19)

MARGARET MIMS, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 30, 2009, findings and recommendations were entered, recommending denial of motions for injunctive relief.  Plaintiff was provided an opportunity to file objections within twenty days.   Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 30, 2009, are adopted in full; and

2. Plaintiff's 4/29/09 motion seeking an order compelling Margaret Mims to produce a certified copy of Plaintiff's prisoner trust account statement is denied.

3. Plaintiff's 5/22/09 motion seeking a change of venue or recusal of the assigned District Judge and transferred away from Fresno County Jail is denied.

4. Plaintiff's 6/2/09 motion seeking transfer away from Fresno County Jail is denied.

5. Plaintiff's 6/5/09 motion seeking transfer away from Fresno County Jail is denied.

6. Plaintiff's 6/8/09 motion seeking transfer away from Fresno County Jail is denied.

7. Plaintiff's 6/11/09 motion seeking transfer away from Fresnou County Jail is denied.

8. Plaintiff's 6/18/09 motion seeking transfer away from Fresno County Jail is denied.

9. Plaintiff's 8/24/09 motion seeking transfer away from the Federal Correctional Institution in Big Spring, Texas to a prison within this Court's jurisdiction is denied.

IT IS SO ORDERED.

1   **Dated:     October 28, 2009**              <u>     /s/ Oliver W. Wanger     </u>
                                                 UNITED STATES DISTRICT JUDGE