# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS, | CASE NO. 1:09-cv-00463-OWW-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE AMENDED COMPLAINT |
| v. | |
| RUSSELL YORK, et al., | |
| Defendants. | |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On April 1, 2011, an order adopting in part and modifying in part findings and recommendations issued dismissing the first amended complaint, without prejudice.

As Plaintiff has been advised, he may not pursue multiple, unrelated claims in this action. Pursuant to the Federal Rules of Civil Procedure, [a] party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternate claims, as many claims as it has against an opposing party." Fed. R. Civ. P. 18(a). "Thus multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2. Unrelated claims against different defendants belong in different suits, not only to prevent the sort of morass [a multiple claim, multiple defendant] suit produce[s], but also to ensure that prisoners pay the required filing fees-for the Prison Litigation Reform Act limits to 3 the number

of frivolous suits or appeals that any prisoner may file without prepayment of the required fees. 28 U.S.C. § 1915(g)." George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007). Plaintiff will not be permitted to proceed with a "mishmash of a complaint," id., and is cautioned that if the amended complaint fails to comply with Rule 18(a), the Court will choose which claims will proceed and will dismiss out all unrelated claims. Plaintiff is directed to the findings and recommendations issued on October 15, 2010, for clarification on which claims are properly joined.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint; and

2. If Plaintiff fails to file a second amended complaint in compliance with this order, this action will be dismissed for failure to comply with a court order IT IS SO ORDERED.

Dated:   April 8, 2011              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2