1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL EUGENE HOLLIS,                    CASE NO. 1:09-cv-00463-OWW-SMS

10                        Plaintiff,          ORDER REQUIRING PLAINTIFF TO NOTIFY
                                              WHICH COMPLAINT WAS HIS AMENDED
11        v.                                  COMPLAINT IN THIS ACTION

12  RUSSELL YORK, et al.,                     FIFTEEN DAY DEADLINE

13                        Defendants.
    _____/
14

15        Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in

16  forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal

17  Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of

18  civil rights by federal actors.  On April 1, 2011, Plaintiff's first amended complaint was dismissed

19  and Plaintiff was ordered to file an amended complaint in this action.  (ECF No. 39.)  On April 8,

20  2011, the Court directed Plaintiff to file his amended complaint, in compliance with Federal Rule

21  of Civil Procedure 18(a), within thirty days.  (ECF No. 40.)  On June 7, 2011, findings and

22  recommendations issued recommending this action be dismissed for Plaintiff's failure to comply

23  with the Court's order.  (ECF No. 41.)  Plaintiff filed objections and an affidavit on June 20, 2011.

24  (ECF Nos. 42, 43.)

25        In his objection, Plaintiff states that he mailed a complaint on May 6, 2011, and four

26  complaints on May 9, 2011, which were received by the Court, and requests that this action not be

27  dismissed.  Plaintiff has included a copy of the cover page of each complaint.  A review of the face

28  sheets shows that none of the documents mailed to the court included a case number or were

1

identified as an amended complaint.  When the documents were received by the Clerk's Office nothing indicated that any of the complaints received were to be filed in a pending action and new cases were opened for each complaint.  Plaintiff is advised that when he submits a filing to the Clerk's Office to be filed in a pending action he needs to write the case number and correct title on the document.

Accordingly, it is HEREBY ORDERED that within fifteen days from the date of service of this order, Plaintiff is to notify the Court, by case number, which of the complaints was to have been filed in this action.

IT IS SO ORDERED.

**Dated:    June 23, 2011**                              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE