1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | MICHAEL EUGENE HOLLIS,                    CASE NO. 1:09-cv-00463-OWW-SMS

10 |                        Plaintiff,         ORDER   VACATING   FINDINGS   AND
                                               RECOMMENDATIONS   RECOMMENDING
11 |        v.                                 THIS ACTION BE DISMISSED

12 | RUSSELL YORK, et al.,                     (ECF No. 41.)

13 |                        Defendants.        ORDER GRANTING PLAINTIFF'S REQUEST
                                               TO HAVE COVER PAGE OF COMPLAINT
14 |                                           ORIGINALLY FILED IN 1:11-CV-00749-
                                               OWW-GSA REPLACED AND DIRECTING
15 |                                           COMPLAINT BE FILED AS A SECOND
                                               AMENDED COMPLAINT IN THIS ACTION
16
17 |                                           (ECF Nos. 46, 45)

18 |                                           ORDER DIRECTING CLERK'S OFFICE TO
                                               CLOSE CASE 1:11-cv-00749-OWW-GSA
19 | _____/

20        Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in

21 | forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal

22 | Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of

23 | civil rights by federal actors.  On April 1, 2011, an order issued dismissing Plaintiff's first amended

24 | complaint and granting him thirty days to file a second amended complaint.  (ECF No. 39.)  On June

25 | 7, 2011, findings and recommendations issued recommending this action be dismissed for Plaintiff's

26 | failure to file an amended complaint.  (ECF No. 41.)  Plaintiff filed objections on June 20, 2011,

27 | stating that he had mailed several complaints to the court, including a complaint to be filed in this

28 | action.  (ECF No. 42.)  On June 23, 2011, the Court issued an order directing Plaintiff to notify the

1

1  Court which of his complaints was to have been the second amended complaint in this action. (ECF

2  No. 44.)  On July 11, 2011, Plaintiff filed a response stating that case opened as case no. 1:11-cv-

3  00749-OWW-GSA was the complaint that was to be filed in this action and requests the Court to

4  replace the first page of the complaint.  (ECF No. 46.)  On July 15, 2011, Plaintiff filed a revised

5  cover page to the complaint.  (ECF No. 45.)

6          Accordingly, it is HEREBY ORDERED that:

7      1.      The findings and recommendations, filed June 7, 2011,  recommending this action

8              be dismissed for failure to comply with a court order are VACATED;

9      2.      Plaintiff's request to replace the first page of the complaint is GRANTED and the

10             Clerk's Office is directed to replace the first page of the complaint filed May 10,

11             2011, in 1:11-cv-00749-OWW-GSA with the revised page filed in this action on July

12             15, 2011;

13     3.      The complaint filed in 1:11-cv-00749-OWW-GSA shall be filed in this action as a

14             second amended complaint;

15     4.      A copy of this order shall be filed in case no. 1:11-cv-00749-OWW-GSA; and

16     5.      Case 1:11-cv-00749-OWW-GSA shall be closed as a duplicate action.

17

18  IT IS SO ORDERED.

19  **Dated:    August 3, 2011           _____/s/ Sandra M. Snyder_____**
                                        UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2