# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS, | CASE NO. 1:09-cv-00463-AWI-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANT DAWSON TO FILE A RESPONSIVE PLEADING |
| v. | THIRTY-DAY DEADLINE |
| RUSSELL YORK, et al., | |
| Defendants. | |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On December 7, 2011, Defendant Dawson was served with a summons and copy of the complaint. As of this date, Defendant Dawson has not filed an answer or other responsive pleading. Accordingly, it is HEREBY ORDERED that Defendant Dawson shall file an answer to the complaint or other responsive pleading within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   March 2, 2012              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1