# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL YORK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00463-AWI-BAM PC<br><br>ORDER NOTIFYING PLAINTIFF OF OPPORTUNITY TO FILE OPPOSITION IN LIGHT OF SEPARATELY-ISSUED MOTION TO DISMISS NOTICE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Dawson and Calvert for deliberate indifference to Plaintiff's conditions of confinement in violation of the Eighth Amendment. On June 29, 2012, Defendants filed a motion to dismiss for failure to exhaust administrative remedies. (ECF No. 70.).

In light of the recent decision in <u>Woods v. Carey</u>, Nos. 09-15548, 09-16113, 2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion to dismiss at the time the motion is brought and the notice given in this case some seven months prior does not suffice. <u>Id.</u> By separate order issued concurrently with this order, the Court provided the requisite notice.

///
///
///

1

1 | Accordingly, it is HEREBY ORDERED that Plaintiff is granted **thirty (30) days** from the
2 | date of service of this order in which to file an opposition to Defendants motion to dismiss.

5 | IT IS SO ORDERED.

6 | **Dated:** **July 24, 2012**        /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE