# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL YORK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00463-AWI-BAM PC<br><br>ORDER NOTIFYING PLAINTIFF OF OPPORTUNITY TO FILE OPPOSITION IN LIGHT OF SEPARATELY-ISSUED MOTION TO DISMISS NOTICE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Dawson and Calvert for deliberate indifference to Plaintiff's conditions of confinement in violation of the Eighth Amendment. On June 29, 2012, Defendants filed a motion to dismiss for failure to exhaust administrative remedies. (ECF No. 70.).

In light of the recent decision in Woods v. Carey, Nos. 09-15548, 09-16113, 2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion to dismiss at the time the motion is brought and the notice given in this case some seven months prior does not suffice. Id. By separate order issued concurrently with this order, the Court provided the requisite notice.

///

///

///

1 | Accordingly, it is HEREBY ORDERED that Plaintiff is granted **thirty (30) days** from the
2 | date of service of this order in which to file an opposition to Defendants motion to dismiss.

IT IS SO ORDERED.

**Dated:** **July 24, 2012**                    /s/ **Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE