# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL YORK, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-00463-AWI-BAM PC<br><br>ORDER ADDRESSING PLAINTIFF'S REQUESTS FOR COURT ASSISTANCE<br><br>(ECF Nos. 76, 80) |

Plaintiff Michael Eugene Hollis ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On July 30, 2012, Plaintiff filed a request for the Court's assistance in receiving a record of the fees paid in his actions proceeding in this court. (ECF No. 76.) On September 24, 2012, Plaintiff filed a request for PLRA payment history in 1:09-cv-00463; 1:11-cv-00739; 1:11-cv-00741; and 1:11-cv-00747.[1] (ECF No. 80.)

The Court has requested that the Financial Office send Plaintiff copies of the financial record for each of the cases listed. Plaintiff is advised that in order to receive the financial record for his cases, he must submit a request listing each case to the Clerk of the Court, Attn. Fresno Financial, and must include a self addressed stamped envelope. The Clerk's Office will not provide the requested information unless a self addressed stamped envelope is enclosed with the request.

IT IS SO ORDERED.

Dated:   **September 26, 2012**　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] While Plaintiff's motion requests records for five cases, 1:11-cv-00747 is listed twice.

1